UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

ABUL BASHER,

           Plaintiff,

- against -

FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE),

           Defendant.
----------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 20 2017 ★

BROOKLYN OFFICE

**MEMORANDUM AND ORDER**

17 Civ. 3024 (AMD)(ST)

**ANN M. DONNELLY, United States District Judge:**

On May 15, 2017, the *pro se* plaintiff, Abul Basher, filed this complaint. On May 19, 2017, this Court sent the plaintiff a letter instructing him that, in order proceed, he was to either pay the $400 filing fee or return an *in forma pauperis* (IFP) application, a copy of which was enclosed with the letter. The plaintiff has not responded and the time for doing so has passed.

Accordingly, this action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this order to the address of record and close this case. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45, 82 S.Ct. 917, 8 L.Ed.2d 21 (1962).

SO ORDERED.

                              s/Ann M. Donnelly
                              Ann M. Donnelly
                              United States District Judge

Dated: Brooklyn, New York
         June 20, 2017